IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC., <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>SUAH INTERNATIONAL, INC., TGM COMPANY, AND MONOLETO J. HOSEA, <br><br>　　　　　Defendants. | Civil Action No. 09-5517 |

**ORDER**

Pollak, J.

**AND NOW**, this 15th day of December, 2010, upon consideration of Plaintiff's application for entry of default judgment, and for reasons provided in the accompanying memorandum, it is hereby **ORDERED** that:

　　default judgment is entered in favor of Plaintiff against Defendant Suah International, Inc., in the amount of $84,224.87, for failure to make timely payments on the Mack Truck Lease.

　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　/s/   LHP
　　　　　　　　　　　　　　　Pollak, J.

1